AO 91 (Rev. 12/93) Criminal Complaint

# United States District Court

DISTRICT OF _____ DELAWARE

UNITED STATES OF AMERICA

v.

NELSON LORA-PEÑA

**REDACTED**

## Criminal Complaint

CASE NUMBER: 05- 72 M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 9, 2005__ in __New Castle__ county, in the _____ District of __Delaware__ defendant(s) did, (Track Statutory Language of Offense)

forcibly assault Deputy United States Marshal Jack Leo while he was engaged in the performance of official duties,

in violation of Title __18__ United States Code, Section(s) __111(b)__.

I further state that I am a(n) __Deputy United States Marshal William David__ and that this complaint is based
                                          Official Title
on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:  Yes

_William David_ (signature)
Signature of Complainant
William David
Deputy United States Marshal
United States Marshal's Service

Sworn to before me and subscribed in my presence,

__April 11, 2005__                              at    __Wilmington, DE__
Date                                                   City and State

Honorable Mary Pat Thynge
United States Magistrate Judge                         _(signature)_
Name & Title of Judicial Officer                       Signature of Judicial Officer

## Affidavit

I, William David, being duly sworn, state as follows:

1. I am a Deputy United States Marshal with the United States Marshals Service ("USMS"), and have been so employed for approximately ten years. I am currently assigned to the USMS Fugitive Task Force, and have been so assigned for approximately eight years. The Fugitive Task Force assists in the apprehension of federal, state and local fugitives from justice.

2. This Affidavit is in support of a criminal complaint against and arrest warrant for Nelson Lora-Peña ("LORA-PEÑA"), d/o/b ███████. I am the case agent responsible for the investigation in aid of which this application is being made. This Affidavit is based on my personal knowledge and observations as well as information provided to me by other law enforcement officers. Because this Affidavit is solely for the purpose of establishing probable cause, not all facts of the investigation are included herein.

3. On April 9, 2005, members of the USMS Fugitive Task Force served an arrest warrant on LORA-PEÑA at his residence at ███████. LORA-PEÑA was wanted by the USMS on arrest warrants issued by the United States District Court for the District of Rhode Island (violation of federal supervised release); the State of Rhode Island (distribution of heroin); and the Bureau of Immigration and Customs Enforcement (deportation). As of April 9, 2005, LORA-PEÑA had been a fugitive from justice for approximately nine years.

4. Upon approaching the front door and observing LORA-PEÑA inside of the residence, Deputy United States Marshals identified themselves as "police" and ordered LORA-PEÑA to come to the door and show his hands. LORA-PEÑA refused to comply. Instead, he pushed open the front door in an attempt to release two pit bull terriers on the Deputies. LORA-PEÑA then fled toward the rear of the residence and attempted to leave through the rear door. When LORA-PEÑA encountered additional USMS personnel at the rear door, he fled back into the residence.

5. Members of the USMS Fugitive Task Force pursued LORA-PEÑA into the residence. Upon doing so, Deputies were attacked by LORA-PEÑA's pit bull terriers. LORA-PEÑA refused to comply with repeated commands to desist, and instead continued to flee law enforcement throughout various areas of the residence. When members of the USMS Fugitive Task Force attempted to physically take LORA-PEÑA into custody, he forcibly resisted, by, among other things, grabbing Deputies, including Deputy United States Marshal (DUSM) Jack Leo, in an apparent attempt to obtain their weapons. While resisting arrest, LORA-PEÑA grabbed DUSM Leo's hand and attempted to

obtain his firearm, which was drawn. In doing so, LORA-PEÑA inflicted lacerations to DUSM Leo's hand.

7. Based on the foregoing facts, Affiant submits that there is probable cause to believe that Nelson Lora-Peña has committed a violation of Title 18, United States Code, Section 111(b), and therefore respectfully requests that the Court issue a criminal complaint and arrest warrant for LORA-PEÑA.

*William David*
WILLIAM DAVID
Deputy United States Marshal
United States Marshals Service

Dated: April 11, 2005