FILED IN OPEN COURT 4/11/05

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>Nelson Lora-Peña<br><br>Defendant. | CASE NO. 05-72M |

**O R D E R**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 11 day of April, **2005**,

ORDERED that **Penny Marshall, Esq.** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

**Honorable Mary Pat Thynge**
**U.S. Magistrate Judge**

cc: Federal Public Defender
First Federal Plaza, Suite# 110
704 King Street
Wilmington, DE 19801
(302) 573-6010

Defendant
United States Attorney