AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

NELSON LORA-PEÑA

**WARRANT FOR ARREST**

REDACTED

CASE NUMBER: 05- 72M

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **Nelson Lora-Peña** when and as stated in the Criminal Complaint and affidavit which are incorporated herein by reference and bring him to the nearest magistrate to answer a(n)

__ Indictment  __ Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging him with (brief description of offense)

forcibly assaulting Deputy United States Marshal Jack Leo while he was engaged in the performance of official duties,

in violation of Title __18__ United States Code, Section (s) __111(b)__

FILED
2005 APR 12 AM 11 50
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Honorable Mary Pat Thynge
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $ _____

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

April 11, 2005   Wilmington, DE
Date and Location

by _____
Name of Judicial Officer

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ Nelson Lora-Pena |

| DATE RECEIVED 4-11-05 | NAME AND TITLE OF ARRESTING OFFICER William David, DUSM | SIGNATURE OF ARRESTING OFFICER William David |
|---|---|---|
| DATE OF ARREST 4-11-05 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____ Nelson Lora-Peña _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____ 66 _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____