REDACTED

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-47 |
| NELSON LORA-PEÑA, | : |
| Defendant. | : |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about April 9, 2005, in the State and District of Delaware, Nelson Lora-Peña, defendant herein, did forcibly assault Deputy United States Marshal Jack Leo, an officer and employee of the United States, while the officer was engaged in the performance of official duties, and thereby inflicted bodily injury to the officer, in violation of Title 18, United States Code, Section 111 (a)(1) and (b).

### COUNT II

On or about April 9, 2005, in the State and District of Delaware, Nelson Lora-Peña, defendant herein, did forcibly assault, resist, interfere with and impede Deputy United States Robert Denney, an officer and employee of the United States, while the officer was engaged in the performance of official duties, and in doing so used a dangerous weapon, to wit, a pit bull terrier, in violation of Title 18, United States Code, Section 111(a)(1) and (b).

## COUNT III

On or about April 9, 2005, in the State and District of Delaware, Nelson Lora-Peña, defendant herein, did forcibly assault, resist, interfere with and impede Deputy United States William David, an officer and employee of the United States, while the officer was engaged in the performance of official duties, and in doing so used a dangerous weapon, to wit, a pit bull terrier, in violation of Title 18, United States Code, Section 111(a)(1) and (b).

## COUNT IV

On or about April 9, 2005, in the State and District of Delaware, Nelson Lora-Peña, defendant herein, did forcibly assault, resist, interfere with and impede United States Marshal David Thomas, an officer and employee of the United States, while the officer was engaged in the performance of official duties, in violation of Title 18, United States Code, Section 111(a)(1).

TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: *April Marie Byrd*
April M. Byrd
Assistant United States Attorney

Dated: May 12, 2005