IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-47-KAJ |
| ) | |
| NELSON LORA-PENA, ) | |
| ) | |
| Defendant. ) | |

### ORDER

WHEREAS, the above named Defendant having entered a plea of not guilty to the charges pending against him in this Court;

WHEREAS, to date, pretrial motions have not been filed;

IT IS HEREBY ORDERED that a conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held in chambers on **June 14, 2005, at 2:30 p.m.** Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

_____
UNITED STATES DISTRICT JUDGE

June 9, 2005
Wilmington, Delaware