IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-47-KAJ |
| ) | |
| NELSON LORA-PENA, ) | |
| ) | |
| Defendant. ) | |

## SCHEDULING ORDER

The above named defendant having entered a plea of not guilty to the charges pending in this case, and it therefore being necessary to bring the case promptly to trial, and the Court having met with counsel, IT IS HEREBY ORDERED that:

1. Defendant shall file his Motion to Compel and Opening Brief, no later than **June 17, 2005,** the government shall file its Answering Brief, no later than **July 1, 2005**, defendant has file his Reply Brief, no later than **July 11, 2005**. Absent good cause, no extensions to this schedule will be given.

2. The Court will hold a pretrial conference in chambers on September 13, 2005, at 10:00 a.m. Counsel for the parties shall consult in an attempt to agree upon appropriate jury instructions and special voir dire questions for the jury panel. No later than **August 22, 2005**, counsel for the government shall submit an agreed upon set of jury instructions which also reflects any areas of disagreement between the parties, with supporting authorities and objections. The same submission should contain any proposed special voir dire of the jury panel. That submission shall be accompanied by a computer diskette (in WordPerfect format) which contains a copy of these instructions and proposed special voir dire. Motions *in limine* shall be filed on or before **August 22, 2005**, with

answering briefs due on or before **August 29, 2005**, and reply briefs due on or before **September 2, 2005.**

3. Pursuant to Rule 11(e)(5) of the Federal Rules of Criminal Procedure, any guilty plea, except a plea to all counts of the indictment or information, shall be noticed on or before the date of the pretrial conference. The guilty plea shall be entered on or before the date trial is set to commence.

4. A 1 day Jury Trial is scheduled to commence on **September 15, 2005,** beginning at 9:30 a.m. in Courtroom 6A on the 6th floor of the J. Caleb Boggs Federal Building located in Wilmington, Delaware. Counsel shall arrive in the courtroom at **9:15 a.m.**, so that the Court may address any remaining pretrial issues.

_____
UNITED STATES DISTRICT JUDGE

DATE:   June 14, 2005
Wilmington, Delaware