# OBERLY, JENNINGS & RHODUNDA, P.A.
### 800 Delaware Avenue - Suite 901
### P. O. Box 2054
### Wilmington, Delaware 19899

Charles M. Oberly, III
Kathleen M. Jennings
William J. Rhodunda, Jr.
———————
Karen V. Sullivan

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail wrhodunda@ojlaw.com

June 15, 2005

Keith Kincaid, Courtroom Deputy
U.S. District Court
844 North King Street
Wilmington, Delaware 19899-2046

      RE:    **UNITED STATES vs. NELSON LORA-PENA**
                **CR. A. No. 05-47-KAJ**

Dear Mr. Kincaid:

      I am writing to request a copy of the recorded tape of the preliminary hearing that was held on April 20, 2005 in front of Judge Mary Pat Thynge regarding the above-captioned matter. I would appreciate it if you could call my office as soon as possible to let me know when a copy of the tape can be picked up.

      Thank you for your assistance in this matter.

Very truly yours,

*[signature]*

WILLIAM J. RHODUNDA, JR.

WJR,Jr./jdd

FILED
JUN 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE