**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**


UNITED STATES OF AMERICA,     )
                                    )
     v.                           )
                                    )  Criminal Action No:  05-47-KAJ
NELSON LORA-PENA,          )
                                    )
     Defendant.         )


## <u>ORDER</u>


      **IT IS ORDERED** this ____ day of _____, 2005 that upon consideration of Defendant's Motion to Compel and any response thereto, Defendant's Motion is hereby GRANTED and the government is ordered to produce the following to defense counsel within ten (10) days of the date of this order:

      (1)     A copy of all documents related to the underlying charges that resulted in the violation of probation that resulted in Mr. Lora-Pena's recent arrest.

      (2)     A copy of all records related to the charges pending against Mr. Lora-Pena in the State of Rhode Island related to the arrest warrant obtained by the Johnston Police Department.

      (3)     A copy of the disc or negatives of the photographs provided.

      (4)     A copy of all training manuals, policies, and/or regulations related to the operation of the Fugitive Task Force.

      (5)     A copy of all training manuals, policies, and/or regulations related to how Marshals and/or Task Force officers are prepared to handle encounters with pit-bull terriers.

(6)     A copy of all training manuals, policies, and/or regulations that relate how situations are handled by Marshals and/or Task Force officers with allegedly resisting suspects and the use of deadly force.

(7)     The actual pants, shirt, and any other exterior clothing, of any type, worn by Deputy United States Marshal Leo, Deputy United States Marshal Robert Denney, United States Marshal David Thomas and Deputy United States Marshal William David at the time of Mr. Lora-Pena's arrest.

(8)     A copy of any and all photographs, posters, or any other materials produced by the United States Marshal's Office or any other Federal, State, or local agency using a depiction of Mr. Lora-Pena.

(9)     All documents related to the government's efforts to located Mr. Lora-Pena including any surveillance conducted of him or his home.

_____
J.