## CERTIFICATE OF SERVICE

I, WILLIAM J. RHODUNDA, JR., hereby certify that on this 17th day of June, 2005, a true and correct copy of the foregoing Motion to Compel was served via electronic filing on the following:

>April M. Byrd, Esquire
>U.S. Attorney's Office
>1007 Orange Street, Suite 700
>P.O. Box 2046
>Wilmington, Delaware  19899-2046

>/s/ William J. Rhodunda, Jr.
>WILLIAM J. RHODUNDA, JR. (No. 2774)