## **CERTIFICATE OF SERVICE**

    I, William J. Rhodunda, Jr., hereby certify that on this 8th day of July, 2005, a true and correct copy of the foregoing Reply to Government's Response to Defendant's Motion to Compel was served via electronic filing on the following:

>April M. Byrd
>Assistant United States Attorney
>U.S. Attorney's Office
>1007 Orange Street, Suite 700
>P.O. Box 2046
>Wilmington, Delaware  19899-2046

        /s/ William J. Rhodunda, Jr.
        WILLIAM J. RHODUNDA, JR. (No. 2774)