IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No.05-47-KAJ |
| | ) | |
| NELSON LORA-PENA, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' REQUEST FOR SPECIAL VOIR DIRE

NOW COMES the United States of America, by and through its undersigned attorney, and hereby requests that the Court submit the following questions to the jury panel in the above-captioned case:

1.  Do you know any of the following potential witnesses: David Thomas, Doug Denney, Jack Leo, William David, Benny Hahn?

2.  This case involves charges of assault on federal officers. Is there anything about the nature of the charges that would prevent you from being an impartial juror?

3.  Have you, or any close relative, ever been investigated by, or arrested by, the United States Marshal's Service?

4.  Do any of you own, or have you owned, a pit bull?

5.  Have you served on a jury for a criminal case before?

6.  Have you been arrested for anything other than a minor traffic offense?

7.  Have you ever testified in a criminal case?

8.    The trial might last two days. Is there anything about the length of the trial that would prevent you from serving as a juror on this case?

COLM F. CONNOLLY
United States Attorney

By: _Richard G. Andrews_

Richard G. Andrews
First Assistant United States Attorney

Dated: August 22, 2005

2

## CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA        )
                                )
            v.                  )        Criminal Action No.05-47-KAJ
                                )
NELSON LORA-PENA,               )
                                )
            Defendant.          )

I, Sharon L. Bernardo, employee with the United States Attorney's Office, hereby certify that on

August 22, 2005, I electronically filed the foregoing:

### UNITED STATES' REQUEST  FOR SPECIAL VOIR DIRE

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

> William J. Rhodunda, Jr., Esquire
> Oberly, Jennings & Rhodunda, PA
> 800 Delaware Avenue, #901
> P.O. box  2054
> Wilmington, Delaware 19899
> wrhodunda@ojlaw.com

                                        __ /s/  Sharon L. Bernardo _____