IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-47-KAJ |
| | ) | |
| NELSON LORA-PENA, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney April M. Byrd as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Richard G. Andrews.

                COLM F. CONNOLLY
                United States Attorney

                By: *Richard G. Andrews* (signature)
                Richard G. Andrews
                Assistant United States Attorney
                Nemours Building, #700
                P.O. Box 2046
                Wilmington, Delaware 19899-2046
                richard.andrews2@usdoj.gov

Dated: August 23, 2005

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 05-47-KAJ |
| ) | |
| NELSON LORA-PENA, ) | |
| ) | |
| Defendant. ) | |

I, Sharon L. Bernardo, employee with the United States Attorney's Office, hereby certify that on August 23, 2005, I electronically filed the foregoing:

**NOTICE OF SUBSTITUTION OF COUNSEL**

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

> William J. Rhodunda, Jr., Esquire
> Oberly, Jennings & Rhodunda, PA
> 800 Delaware Avenue, #901
> P.O. Box 2054
> Wilmington, Delaware 19899
> wrhodunda@ojlaw.com

/s/ Sharon L. Bernardo