# OBERLY, JENNINGS & RHODUNDA, P.A.
800 Delaware Avenue - Suite 901
P. O. Box 2054
Wilmington, Delaware 19899

Charles M. Oberly, III
Kathleen M. Jennings
William J. Rhodunda, Jr.
-----------
Karen V. Sullivan

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail wrhodunda@ojlaw.com

August 29, 2005

The Honorable Kent A. Jordan
United States District Court
844 North King Sgreet
Lock Box 10
Wilmington, DE  19801

RE:   Case Status on United States vs. Nelson Lora-Pena
      Case No:  05-47-KAJ

Dear Judge Jordan:

Please accept this letter as a status report on behalf of my client Nelson Lora-Pena. This matter is currently scheduled for trial on September 15, 2005. At this time, I am writing to notify the Court that the defendant has retained new counsel in this matter. Attached you will find a Substitution of Counsel entering the appearance of A. Charles Peruto, Jr., Esquire.

On August 22, 2005, I received written confirmation that Charles Peruto, Jr., Esquire is going to be retained to handle the trial on this case. Despite diligent efforts, final arrangements have just been finalized between Mr. Peruto and Mr. Lora-Pena. Over the past two weeks I have spoken with Mr. Peruto's associate, Raymond C. Driscoll, Esquire, and I can assure the Court that Mr. Driscoll understands that this matter will proceed to trial on September 15, 2005. This case is straight forward and I do not believe that change of counsel at this late date will affect the ability of counsel to prepare for trial on September 15th. I have provided a complete set of my file to Mr. Peruto's office.

Pursuant to the Court's Scheduling Order, the defendant was required to submit voir dire questions and jury instructions by August 22, 2005. In the midst of determining who will represent Mr. Lora-Pena, I have not submitted those items since Mr. Lora-Pena was in the process of obtaining new counsel. On August 22, 2005, counsel for the government did forward suggested jury instructions and voir dire that have been submitted to the Court. I have forwarded those items to Mr. Peruto's office. I apologize for any inconvenience related to these items not being submitted consistent with the Scheduling Order.

The Honorable Kent A. Jordan
August 29, 2005
Page Two


       I will remain available to assure that this case moves forward in a manner previously set forth by the Court. Do not hesitate to contact me if you have any questions.

                                Respectfully yours,

                                WILLIAM J. RHODUNDA, JR.

WJR,Jr./jdd

cc:    Mr. Nelson Lora-Pena
        A. Charles Peruto, Jr.
        Richard G. Andrews, FAUSA