IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| v. | ) |
| | ) Cr. A. No: 05-CR-47-(KAJ) |
| NELSON LORA-PENA, | ) |
| | ) |
| Defendant. | ) |

## SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that, William J. Rhodunda, Jr., Esquire, of Oberly, Jennings & Rhodunda, P.A., hereby withdraws his appearance as counsel for the defendant, Nelson Lora-Pena, in the above matter and that A. Charles Peruto, Jr., Esquire, 2101 Pine Street, Philadelphia, PA 19103 hereby enters his appearance on behalf of the defendant Nelson Lora-Pena.

9-1-05
Date

A. CHARLES PERUTO, JR. (Bar #30634)
2101 Pine Street
Philadelphia, PA 19103
(215) 735-1010

9/1/05
Date

WILLIAM J. RHODUNDA, JR. (Bar #2774)
Oberly, Jennings & Rhodunda, P.A.
800 Delaware Avenue, Suite 901
P.O. Box 2054
Wilmington, DE 19899-2054

**SO ORDERED** this ____ day of _____, 2005.

_____
J.