## CERTIFICATE OF SERVICE

I, William J. Rhodunda, Jr., hereby certify that on this 8th day of July, 2005, a true and correct copy of the foregoing Reply to Government's Response to Defendant's Motion to Compel was served via electronic filing on the following:

> Richard G. Andrews
> First Assistant United States Attorney
> U.S. Attorney's Office
> 1007 Orange Street, Suite 700
> P.O. Box 2046
> Wilmington, Delaware  19899-2046

/s/ William J. Rhodunda, Jr.
WILLIAM J. RHODUNDA, JR. (No. 2774)