IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                              )<br>           Plaintiff,          )<br>                              )<br>v.                            )     Criminal Action No. 05-47-KAJ<br>                              )<br>NELSON LORA-PENA,             )<br>                              )<br>           Defendant.         )   | |

### ORDER

At Wilmington, this 7th day of September, 2005,

IT IS HEREBY ORDERED that the pretrial conference presently scheduled for September 13, 2005 at 10:00 am is hereby rescheduled **September 9, 2005 at 3:00 p.m.** in chambers.

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware