IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No.05-47-KAJ |
| ) | |
| NELSON LORA-PENA, ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES' REQUEST FOR SPECIAL VOIR DIRE

NOW COMES the United States of America, by and through its undersigned attorney, and hereby requests that the Court submit the following questions to the jury panel in the above-captioned case:

1. Do you know any of the following potential witnesses: David Thomas, Robert "Doug" Denney, Jack Leo, William David?

2. This case involves charges of assault on federal officers. Is there anything about the nature of the charges that would prevent you from being an impartial juror?

3. Have you, or any close relative, ever been investigated by, or arrested by, the United States Marshal's Service?

4. Do any of you own, or have you owned, a pit bull?

5. Have you served on a jury for a criminal case before?

6. Have you been arrested for anything other than a minor traffic offense?

7. Have you ever testified in a criminal case?

8.  The trial should last only one day, although jury deliberations may go beyond today. Is there anything about the length of the trial that would prevent you from serving as a juror on this case?

9.  Does any member of the panel know of any other matter which you believe should be called to the court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions to you on the law?

DATE:   September 15, 2005