*Read In Open Court 9/16/05*

*NTD*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, )
)
            Plaintiff, )
)        **REDACTED**
    v. )    Criminal Action No. 05-47-KAJ
)
NELSON LORA-PENA, )
)
           Defendant. )

## **VERDICT FORM**

As to Count 1, charging the Defendant Nelson Lora-Pena with assault on Jack Leo, we the jury find the Defendant

    ___X___ Guilty               _____ Not Guilty.

If the jury finds the Defendant not guilty as to Count 1, with respect to the lesser included offense, we the jury find the Defendant Nelson Lora-Pena

    _____ Guilty             _____ Not Guilty.

As to Count 2, charging the Defendant Nelson Lora-Pena with assault on Robert Denney, we the jury find the Defendant

    ___X___ Guilty             _____ Not Guilty.

If the jury finds the Defendant not guilty as to Count 2, with respect to the lesser included offense, we the jury find the Defendant Nelson Lora-Pena

    _____ Guilty             _____ Not Guilty.

As to Count 3, charging the Defendant Nelson Lora-Pena with assault on William David, we the jury find the Defendant

_____X_____ Guilty                              _____ Not Guilty.

If the jury finds the Defendant not guilty as to Count 3, with respect to the lesser included offense, we the jury find the Defendant Nelson Lora-Pena

_____ Guilty                              _____ Not Guilty.

As to Count 4, charging the Defendant Nelson Lora-Pena with assault on David Thomas, we the jury find the Defendant

_____X_____ Guilty                              _____ Not Guilty.

REDACTED

Dated:    September //, 2005