IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 05-47-KAJ |
| NELSON LORA-PENA, | ) |
| Defendant. | ) |

### ORDER

IT IS ORDERED that the United States Marshal for the District of Delaware be and hereby is directed to furnish lunch for twelve jurors engaged in the above entitled case on September 16, 2005.

_____
UNITED STATES DISTRICT JUDGE

September 19, 2005
Wilmington, Delaware