IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | |
| Plaintiff,       ) | |
| ) | |
| v.       ) | Criminal Action No. 05-47-KAJ |
| ) | |
| NELSON LORA-PENA,       ) | |
| ) | |
| Defendant.       ) | |

## ORDER

WHEREAS, the Jury for the above captioned case entered a verdict of guilty to Counts I, II, III and IV of charges against Defendant, Nelson Lora-Pena, in this court,

IT IS HEREBY ORDERED this 26th day of September, 2005, that sentencing of Defendant is scheduled for the **December 20, 2005, at 3:00 p.m.**, in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington.

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware