November 22, 2005

Honorable Kent A. Jordan
J Caleb Boggs Federal Building
844 N. King Street
Room 6325, Lock box 10
Wilmington DE, 19801

    RE:    USA v. Nelson Lora Pena
            Criminal No.:
            Sentencing Date:

Dear Judge:

    You are about to sentence me on a case which I consider to be nothing more than a resisting arrest matter. There are few things that I would like you to consider before sentencing me.

    First of all, I was not causing any trouble with anyone over the years that I was on the run. I treated everyone with respect even if they didn't treat me as such because of my situation.

    I am very hurt and surprised at the fact that our Federal Marshalls drastically exaggerated what took place on the day in question. Did I attempt to run? You bet I did. I enjoyed my freedom and I wanted to keep it that way. Did I try to sick my dogs on any Marshall? No way. This simply did not happen and I am very disturbed over this accusation. The testimony I gave at trial was 100% accurate. Half of the Marshalls tried to help me and the other half tried to brutalize me. This all happened so fast that I can not believe that my sentencing guidelines are this high over an act that took a matter of seconds and was unplanned.

    I had nothing to do with a discharge of a rifle and I can not believe that I am being hit so hard for it on my sentencing guidelines. I was worried about my dogs that day and not myself. Once I realized I was surrounded I did not intend to put up any fight whatsoever but you must realize that I was being beaten so badly by the last Marshall that testified at my trial that the other Marshalls had to pull him off of me yelling at him.

    Obviously, I did not expect the "good" Marshalls to testify to this at trial because they all stick together. However, what I am telling you is the honest to God truth. The real Marshall from Wilmington and not the Deputy Marshall was the one who saved me. He was yelling at the bad Marshalls for the way that they were handling me. For some reason I thought that they would testify truthfully.

    I know that I deserve to be punished for being on the run and for resisting arrest. I will in fact be punished in Rhode Island after I am done being sentenced by Your Honor for jumping bail but I intend to fight my case in Rhode Island for reasons that I would rather not get into here.

November 22, 2005
Page Two


I realize that being a Federal Judge is a very big position. You did not get to where you are by being stupid. I know you were listening to the testimony at the trial and you know what I had to say was truthful. I did not try to sick those dogs on anyone and nor would I. I would have feared for their lives in that they would have been shot immediately. I want you to know that when I ran back into the house after realizing I was surrounded and was tackled, I basically gave up. There was no reason to beat me or cause such a commotion. I hope and pray that Your Honor realizes this.

                                                Respectfully yours,

                                                Nelson Lora- Pena

Nelson Lora - Pena # 1970304
MPCJF
P.O. Box 9561
Wilm. DE. 19809

Honorable Kent A. Jordan
J Caleb Boggs Federal Building
844 N. King Street
Room 6325, Lock Box 10
Wilmington, DE. 19801

