**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Circuit Court |
| | Docket Number: |
| v. | |
| | District Court |
| NELSON LORA-PENA | Docket Number: 1:05-cr-47 |
| Defendant. | District Court |
| | Judge: Kent A. Jordan |

**NOTICE OF APPEAL**

Notice is hereby given that Nelson Lora-Pena, Defendant, appeals to the United States Court of Appeals for the Third Circuit from the final judgment of conviction of the District Court of the District of Delaware rendered in this action on January 3, 2006 (DI. No. 38).

Dated: January 5, 2006.

**OBERLY, JENNINGS & RHODUNDA, P.A.**

/s/ William J. Rhodunda, Jr.

| | |
|---|---|
| William J. Rhodunda, Jr. (ID No. 2774) | Richard G. Andrews (ID No. 2199) |
| 800 Delaware Avenue, Suite 901 | U. S. Attorney's Office |
| P.O. Box 2054 | The Nemours Building |
| Wilmington, DE 19899-2054 | 1007 Orange St., Suite 700 |
| (302) 576-2000 | P. O. Box 2046 |
| | Wilmington, DE 19899-2046 |
| Attorney for Appellant Nelson Lora-Pena | (302) 573-6277 |
| | Attorney for Appellee |