UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 06-1077

UNITED STATES OF AMERICA,

Appellee,

v.

NELSON LORA-PENA,

Appellant.

On Appeal from the Final Judgment of the United States District Court
for the District of Delaware
(D.C. No. 05-cr-47)
District Judge: Honorable Kent A. Jordan

Submitted Under Third Circuit LAR 34.1(a)
February 2, 2007

Before: BARRY, ROTH, *Circuit Judges*, and IRENAS,[*] *Senior District Judge*.

JUDGMENT

This cause came on to be considered on the record from the United States District

Court for the District of Delaware and was submitted under Third Circuit LAR 34.1(a)

---

[*] Honorable Joseph E. Irenas, Senior United States District Judge for the District of New Jersey, sitting by designation.

on February 2, 2007.

On consideration whereof, it is now here ORDERED and ADJUDGED by this Court that the judgment of the United States District Court for the District of Delaware, entered January 3, 2006, be, and hereby is, AFFIRMED. All of the above in accordance with the opinion of this Court.

                        Attest:

                        /s/ Marcia M. Waldron, Clerk

DATED: April 13, 2007

Certified as a true copy and issued in lieu of a formal mandate on MAY 7 2007

Teste: /s/ Marcia M. Waldron
Clerk, U.S. Court of Appeals for the Third Circuit