OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| Marcia M. Waldron | FOR THE THIRD CIRCUIT | Telephone |
| Clerk | 21400 United States Courthouse | 267-299-4919 |
| | 601 Market Street | |
| | Philadelphia PA 19106-1790 | |

www.ca3.uscourts.gov

May 7, 2007

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE 19801


RE: Docket No. 06-1077
    USA vs. Lora-Pena
    No. 05-cr-00047

Dear Mr. Dalleo:


    Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    Kindly acknowledge receipt for same on the enclosed copy of this letter.

    Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

                                         Very truly yours,
                                         MARCIA M. WALDRON
                                         Clerk

                    By:  Chiquita Dyer
                         Case Manager

Enclosure
cc:
      William J. Rhodunda Jr., Esq.
      Leonard P. Stark, Esq.