UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
UNITED STATES COURTHOUSE (Lockbox 44)
844 KING STREET
WILMINGTON, DELAWARE 19801



FILED
DEC - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NELSON LORA-PENA
Reg. No. 03883-070
U.S.P. CANAAN
POST OFFICE BOX 300
WAYMART, PENNSYLVANIA 18472

Re: Filing Title 28 § 2255 Motion

November 27, 2007

Dear Hon. Clerk:

    Please find enclosed one original and two copies of the above motion (2255). As addressed in the motion, it is timely because Mr. Lora-Pena's direct appeal was affirmed on April 13, 2007.

    Also, a copy of this motion has forwarded to the District Attorney's Office for the District of Delaware. If possible, could the Clerk's Office please a filed copy of motion to me?

Respectfully Submitted,

N. Lora-Pena

cc.
Filed: N/LP