UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : Criminal Action No. 05-47-*** |
| Respondent/Plaintiff, | : Civil Action No. 07-789-*** |
| v. | : |
| | : |
| NELSON LORA-PENA, | : |
| | : |
| Movant/Defendant. | : |

**NOTICE OF SUBSTITUTION OF**
**COUNSEL AND ENTRY OF APPEARANCE**

Notice is hereby given of the appearance of Seth M. Beausang, Assistant United States Attorney for the District of Delaware, in place of April Byrd and Richard G. Andrews, as the attorney for the United States in the above-captioned cases.

        COLM F. CONNOLLY
        United States Attorney

By:  /s/Seth M. Beausang
     Seth M. Beausang (De. I.D. No. 4071)
     Assistant United States Attorney
     The Nemours Building
     1007 Orange Street, Suite 700
     P. O. Box 2046
     Wilmington, DE 19899-2046
     (302) 573-6277

Dated: January 3, 2008