IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent/Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 05-47-***(MPT) |
| | ) Civil Action No. 07-467-***(MPT) |
| | ) |
| NELSON LORA-PENA, | ) |
| | ) |
| Movant/Defendant. | ) |

## O R D E R

At Wilmington this ___7___ay of January, 2008, IT IS HEREBY ORDERED that the government shall respond to petitioner's motion and amended motion to vacate, set aside, or correct sentence filed pursuant to 28 U.S.C. § 2255 (D.I. 47; D.I. 51.) on or before February 15, 2008.

Honorable Mary Pat Thynge
U.S. Magistrate Judge