# Exhibit 4

# Sealed Document