UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action No. 05-47-JJF |
| Respondent/Plaintiff, : | Civil Action No. 07-789-JJF |
| v. : | |
| : | |
| NELSON LORA-PENA, : | |
| : | |
| Movant/Defendant. : | |

ORDER

AND NOW, this _____ day of _____, 2008, upon consideration of Movant/Defendant Nelson Lora-Pena's § 2255 Motion, and all papers filed in support thereof and opposition thereto, it is ORDERED that Movant/Defendant's Motion is DENIED.

IT IS SO ORDERED

 

                                                    THE HONORABLE JOSEPH J. FARNAN, JR.
                                                    UNITED STATES DISTRICT JUDGE