IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Respondent/Plaintiff, | : |
| v. | : Criminal Action No. 05-47-JJF |
| | : Civil Action No. 07-789-JJF |
| NELSON LORA-PENA, | : |
| Movant/Defendant. | : |

### AFFIDAVIT OF SERVICE

I, Kathie Gray, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on February 13, 2008, two copies of the **GOVERNMENT RESPONSE TO DEFENDANT'S MOTION UNDER 28 U.S.C. § 2255 (one copy of Exhibits)** were placed in a postage prepaid envelope, placed in the United States Mail, and addressed to the petitioner, pro se, as follows:

Nelson Lora-Pena
United States Penitentiary - Canaan
P.O. Box 300
Waymart, PA 18472


/s/ Kathie Gray
_____
Kathie Gray