UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
844 King Street
Lockbox 18
Wilmington, Delaware  19801

March 4, 2008

Marcia Waldron, Clerk
United States Court of Appeals
  For the Third Circuit
21400 United States Courthouse
600 Arch Street, Room 4416
Philadelphia, PA 19106-1790

                RE: United States v. Nelson Lora-Pena
                Criminal Action No.05-47 KAJ
                USCA No. 06-1077

Dear Ms. Waldron:

      Enclosed please find  DI# 42-44 transcripts from the above referenced case.

      Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

                Very truly yours,

                /s/ Elizabeth Strickler
                Deputy Clerk

Enclosures                Sign here  _____