CR 05-47 JJF

Nelson Lora Pena - 03883-070          6-19-08

To whom it may concern

I'm requesting the courts to foward all my appeal documents to my new Residence, Institution my Appeal criminal Action, no. 05-47-JJF

New location Address

Nelson Lora-Pena
03883-070
Northeast Ohio Correctional Facility
2240 Hubbard Road
Youngstown Ohio 44505

(Crim Action No. 32) - (Case 05-47)

Thank you for your concern for this matter, very much

Sincerely
[signature]  6-19-08

(28 USC 2255)
(Crim. Action, 05-47.
 Do. no. 32)

FILED
JUN 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Nelson Lort penA
03 ff3-030
NeOCC
2240 Hubbard Rd
Youngstown, OHIO 44505

Legal mail

YOUNGSTOWN OH 445
20 JUN 2008 PM 1 L

TO Clerk
United States O. District court
844 N. King Street, Lock box 18
Wilmington, Delaware 19801-3570