NELSON LORA-PENA Reg No:03883-070
Northeast Ohio Correction Center, 2240 Hubbard Rd Youngstown, Ohio 44505

Clerk Of Court
United States District Court
For The District Of Delaware
United States Courthouse (luckbox 44)
844 KIng Street
Willmington, Delaware 19801

FILED
JUL 18 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CR
PD scanned

RE: States of My case No 05-47

Dear Sir/Madam ;

  I am respectfully requesting the Status of My case.

I sincerely and respectfully pray that your Office and the court will understand my position and concerns that under the prevailing circumstances.

Yuors

_____  7-15-08
Nelson Lora-Pena No 03883-070
Northeast Ohio Correction Center
2240 Hubbard Rd
Youngstown, Ohio 44505

Nelson Lora Pena #03883-070
N.E.O.C.C.
2240 Hubbard RD
Youngstown, Ohio 44505

YOUNGSTOWN OH 445
16 JUL 2008 PM 1 T

Clerk Of Court
United States District Court
844 King Street
Wilmington, Delaware 19801

LEGAL MAIL